IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CASTRO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT BOWMAN, et al.,<br><br>　　　　　Defendants. | No. C 08-05666 JW (PR)<br><br>ORDER OF DISMISSAL |

　　　Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against officials of the Salinas Valley State Prison. On April 29, 2009, the Court dismissed the complaint with leave to amend because plaintiff failed to provide information regarding the exhaustion of administrative remedies. (See Docket No. 8.) Plaintiff was directed to file an amended complaint within thirty days of the order. (Id.) Plaintiff was advised that failure to file an amended complaint in accordance with the Court's order would result in dismissal of this action without further notice to Plaintiff. (Id.)

　　　The deadline has since passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED without prejudice.

DATED: 　June 30, 2009　　　　　　　　　　　　　_/s/ James Ware_
　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal with Leave to Amend; Deny Appt. Of Counsel
P:\PRO-SE\SJ.JW\CR.08\Castro05666_dismissal.wpd　　　1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LUIS CASTRO,

        Plaintiff,

  v.

ROBERT BOWMAN, et al.,

        Defendants.

Case Number: CV08-05666 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/13/2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luis Castro V-08531
Salinas Valley State Prison
P. O. Box 1050
Soledad, Ca 93960-1050

Dated: 7/13/2009

        Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk